UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**UNITED STATES OF AMERICA,**</u>   Criminal Case

NO. 04-40002-NMG

V.

<u>**Joseph DiFlumera,**</u>
         **Defendant**

<u>**NOTICE**</u>

 GORTON,   D.J.

PLEASE TAKE NOTICE that the above-entitled case has been SET for      Rule 11 Hearing/Disposition

on  MONDAY    MAY 24, 2004           at   3:30PM

before  Judge     GORTON     in U.S. District Court, WORCESTER,  MA.


    2/27/04                              /S/ MARTIN CASTLES
       Date                              **Deputy Clerk**
                                         **508-929-9904**

**Notice mailed to:**
**Counsel of record**
**Probation**
**Pretrial**
**U.S. Marshals**