## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

UNITED STATES OF AMERICA

        Plaintiff,        CRIMINAL ACTION
v.                                 NO. 04-40002-NMG

JOSEPH DIFLUMERA

        Defendant,

_____
TAKE NOTICE That a proceeding in this case has been scheduled for the place, date, and time set forth below:

| U.S. District Court | **COURTROOM #1, 5th FLOOR** |
|---|---|
| 595 Main Street | Date and Time: |
| Worcester, MA 01608 | **November 18, 2004, 10:00 A.M.** |

_____
Type of Proceeding:

**ARRAIGNMENT**

_____

                                       CHARLES B. SWARTWOOD, III
                                       MAGISTRATE JUDGE

October 29, 2004        /s/ Lisa B. Roland
Date                         Lisa B. Roland,
                              Deputy Clerk
                              (508) 929-9905

cc: All counsel