UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal Number: 04-40002-NMC |
|  | ) |
| V. | ) Violations: |
|  | ) |
|  | ) 18 U.S.C. §§ 1951 |
|  | ) 1341, 1343, 1952 and 2 - |
| JOSEPH DIFLUMERA | ) Interference with Commerce |
| Defendant | ) By Extortion (Hobbs Act), |
|  | ) Mail and Wire Fraud, and |
|  | ) Interstate Travel In Aid of |
|  | ) Racketeering. |

**FIRST SUPERSEDING INDICTMENT**

**COUNT ONE:** **(Title 18, United States Code, Section 1951 -- Hobbs Act Extortion)**

The Grand Jury charges that:

Between January 1989 and September 8, 2003, in Worcester County and elsewhere in the District of Massachusetts, the defendant,

JOSEPH DIFLUMERA,

and others did knowingly obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in commerce, by extortion, as that term is defined in Title 18, United States Code, Section 1951(b)(2), in that he did attempt to and did obtain property, to wit, in excess of $1,000,000 from Victory Distributors, Inc. with its consent, which consent had been induced through the wrongful use of actual and threatened

| Count | Approx. Date | Subject Matter |
|-------|--------------|----------------|
| 3 | 6/26/03 | Victory Distributors Inc. letter and two checks payable to defendant. |
| 4 | 7/25/03 | Copy of letter from "Tom" to defendant. |
| 5 | 8/01/03 | Check from Victory Distributors Inc. to defendant. |
| 6 | 8/28/03 | Check from Victory Distributors Inc. to defendant. |

In violation of Title 18, United States Code, Sections 1341 and 2.

**COUNT SEVEN: (Title 18, United States Code, Section 1343 - Wire Fraud)**

The Grand Jury charges that:

Between January 1989 and September 8, 2003, in Worcester County and elsewhere in the District of Massachusetts, the defendant,

JOSEPH DIFLUMERA,

and others, knowingly devised a scheme and artifice to defraud Victory Distributors Inc. and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises by falsely stating to officers of Victory Distributors Inc that he could and would influence the United Food and Commercial Workers Union and Local 1445 so that said labor unions would not seek to organize the workers at Victory Distributors Inc.

For the purpose of executing the scheme and artifice, and attempting to do so, in the District of Massachusetts and elsewhere, the defendant

JOSEPH DIFLUMERA

knowingly transmitted and caused to be transmitted by means of wire communication in interstate commerce, any sounds, as set forth below:

| Count | Approx. Date | Subject Matter |
|---|---|---|
| 7 | 8/26/03 | Telephone conversation from Massachusetts to Florida concerning payment of monies to Defendant. |

In violation of Title 18, United States Code, Sections 1343 and 2.

**COUNTS EIGHT through ELEVEN :** (Title 18, United States Code, Section 1952 -- Interstate Travel in Aid of Racketeering Enterprises)

The Grand Jury charges that:

Between January 1989 and September 8, 2003, in Worcester County and elsewhere in the District of Massachusetts, the defendant,

JOSEPH DIFLUMERA,

and others did knowingly travel in interstate commerce from Florida to Massachusetts to receive money from Victory Distributors Inc., with its consent, which consent had been induced through the wrongful use of actual and threatened force, violence and fear, including threats to cause labor problems and other economic harm, with intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, extortion in violation of the laws of Massachusetts, namely Chapter 265, Massachusetts General Laws, Section 25, and of Title 18, United States Code, Section 1951, and did thereafter perform and cause the performance of acts to promote, manage, establish and carry on, and facilitate the promotion, management, establishment and carrying on of said unlawful activity.

| Count | Approx. Date | Travel From/To |
|-------|--------------|----------------|
| 8     | 6/20/03      | Florida to Boston |
| 9     | 7/03/03      | Florida to Boston |
| 10    | 8/12/03      | Florida to Boston |

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**  **Category No.** II  **Investigating Agency** DOL

**City** LEOMINSTER  **Related Case Information:**

**County** WORCESTER  Superseding Ind./ Inf. X  Case No. 04-40002 (NMG)
Same Defendant x  New Defendant
Magistrate Judge Case Number 03-1719(CBS)
Search Warrant Case Number
R 20/R 40 from District of

**Defendant Information:**

Defendant Name  Joseph DiFlumera  Juvenile: ☐ Yes  X No

Alias Name

Address  24 Oak Brook Dr., Ormond Beach, Florida

Birthdate: 9/04/34  SS # 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  Sex: M  Race: white  Nationalit US

**Defense Counsel if known:**  Paul V. Kelly, Esq.  Address 175 Federal St., Boston, MA

Bar Number

**U.S. Attorney Information:**

AUSA  Laura J. Kaplan  Bar Number if applicable

Interpreter:  Yes  x☐ No  List language and/or dialect:

**Matter to be SEALED:**  ☐ Yes  ☐x No

☐ Warrant Requested  x Regular Process  ☐ In Custody

**Location Status:**

Arrest Date  9/ 8/03

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
x On Pretrial Release:  Ordered by: J. Swartwood  on 9/08/03

**Charging Document:**  ☐ Complaint  x Indictment  Information

**Total # of Counts:**  ☐ Petty  ☐ Misdemeanor  ☐X Felony 4

Continue on Page 2 for Entry of U.S.C. Citations

X  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: November 18, 2004  Signature of AUSA: /s/ Laura Kaplan

JS 45 (5/97)   (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Joseph DiFlumera

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | | | |
| Set 2 | 18 U.S.C. §1951 | Hobbs Act Extortion | 1 |
| Set 3 | 18 U.S.C. §1341 | Mail Fraud | 2-6 |
| Set 4 | 18 U.S.C. §1343 | Wire Fraud | 7 |
| Set 5 | 18 U.S.C. §1952 | Interstate Travel in Aid of Racketeering | 8-11 |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

3diflumeraJS45.wpd - 2/7/02