UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                   )<br>)<br>JOSEPH DIFLUMERA,                     )<br>)<br>            Defendant.                  ) | CRIMINAL NO. 04-40002-NMG |

### DISMISSAL OF SUPERSEDING INDICTMENT

The United States of America, through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby dismisses the Superseding Indictment against the defendant in the above-captioned case, pursuant to Fed. R. Crim. P. 48(a), with prejudice, in the interests of justice, on the grounds that the defendant has been charged in a First Superseding Indictment.

Respectfully submitted,

_____
LAURA J. KAPLAN
Assistant U.S. Attorney

Leave to file granted, this 24th day of November, 2004.

/s/ NM Gorton
_____
NATHANIEL M. GORTON
United States District Judge

1

## CERTIFICATE OF SERVICE

I, Laura J. Kaplan, Assistant U.S. Attorney, certify that on this 18h day of November, 2004, I served a copy of the foregoing Dismissal of the Superseding Indictment, by mail, to Paul V. Kelly, Esq., counsel to the defendant.

Laura J. Kaplan
Assistant U.S. Attorney