# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
         v.                    )    CRIMINAL ACTION
                               )    NO. 04-40002-NMG
JOSEPH DIFLUMERA,              )
         Defendant,            )
_____)
```

### STATUS REPORT
### January 31, 2005

**SWARTWOOD, M.J.**

The following is a Status Report to Gorton, J. to whom this case is assigned:

1. <u>Discovery</u>

Completed.

2. <u>Substantive Motions</u>

Mr. DiFlumera's counsel has requested a date by which to file substantive motions. I have granted that request and such motions shall be filed by March 11, 2005. The Government shall file its opposition to those motions by March 25, 2005.

3. <u>Further Status Conference</u>

A further status conference shall be held in this case on March 29, 2005, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

4. <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from January 31, 2005 (date of expiration of prior order of excludable time) through March 25, 2005 (date by which the Government is to file its opposition to Mr. DiFlumera's substantive motions). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Friday, June 3, 2005</u>.

<u>/s/Charles B. Swartwood, III</u><br>
CHARLES B. SWARTWOOD, III<br>
MAGISTRATE JUDGE