UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
          v.                   )    CRIMINAL ACTION
                               )    NO. 04-40002-NMG
JOSEPH DIFLUMERA,              )
          Defendant,           )
_____)
```

ORDER
March 11, 2005

**SWARTWOOD, C.M.J.**

Defendant has filed an Assented-To Motion To Extend Deadline To File Substantive Motions (Docket No. 27).

For the reasons stated in that motion, it is <u>allowed</u>, as follows:

1. <u>Substantive Motions</u>

Mr. DiFlumera shall file his substantive motions by March 25, 2005 and the Government shall file its opposition to those motions by April 8, 2005.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on April 12, 2005, at 2:30 p.m., in Courtroom 1, Fifth Floor, Donohue

Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3.   Excludable Time

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from March 25, 2005 (date of expiration of prior order of excludable time) through April 8, 2005 (date by which the Government is to file its opposition to Mr. DiFlumera's substantive motions). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before Friday, June 17, 2005.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE