# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                  )<br>)<br>JOSEPH DIFLUMERA,           )<br>      Defendant,             )<br>) | CRIMINAL ACTION<br>NO. 04-40002-NMG |

## ORDER OF EXCLUDABLE TIME
### March 11, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from March 25, 2005 (date of expiration of prior order of excludable time) through April 8, 2005 (date by which the Government is to file its opposition to Mr. DiFlumera's substantive motions) from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE