# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>           v.                                  )<br>)<br>JOSEPH DIFLUMERA, )<br>           Defendant,             ) | **CRIMINAL ACTION**<br>**NO. 04-40002-NMG** |

### STATUS REPORT
### April 13, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Gorton, J. to whom this case is assigned:

1. <u>Discovery</u>

Mr. DiFlumera's counsel has requested additional time to review the voluminous discovery produced by the Government with his client and to resolve, without Court intervention, a discovery issue with the Government. I have granted that request.

2. <u>Final Status Conference</u>

A final status conference shall be held in this case on May 11, 2005, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3. <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding

from the Speedy Trial Act, the period from April 8, 2005 (date of expiration of prior order of excludable time) through May 11, 2005 (date by which all discovery should be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, July 20, 2005</u>.

<u>/s/Charles B. Swartwood, III</u><br>
CHARLES B. SWARTWOOD, III<br>
CHIEF MAGISTRATE JUDGE