# **DISCHARGE OF MORTGAGE**

I, Sarah A. Thornton, Clerk of Court, United States District Court for the District of Massachusetts, holder of a mortgage from Jeanette DiFlumera to the Clerk of the United States District Court of Massachusetts, for property located at 172 Parkview Drive, Feeding Hills, Massachusetts (Legal Description: Lot 58 as shown on a plan of lots entitled "Development Plan of Parkview Manor . . .," recorded in Hampden County Registry of Deeds in Book of Plan 48, Pages 44 and 45), dated November 13, 2003, and recorded in the Hamden County Registry of Deeds in Book 13764 at Page 533, acknowledge satisfaction of the same.

Witness my hand and seal this _____ day of _____, 2006.

_____
Sarah A. Thornton, Clerk
United States District Court
District of Massachusetts

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

Date: _____

Then personally appeared Sarah A. Thornton, Clerk, and acknowledge the foregoing to be her free act and deed before me.

_____
Notary Public
My commission expires: