## DISCHARGE OF MORTGAGE

I, SARAH A. THORNTON, Clerk of Court, United States District Court for the District of Massachusetts, holder of a mortgage from Jeanette DiFlumera to the Clerk of the United States District Court for Massachusetts, for property located at 172 Parkview Drive, Feeding Hills, Massachusetts (Legal Description: Lot 58 as shown on a plan of lots of entitled "Development Plan of Parkview Manor...," recorded in Hampden County of Deeds in Book of Plan 48, Pages 44 and 45) dated November 13, 2003, and recorded in the Hampden CountyRegistry of Deeds in Book 13764 at Page 533, acknowledge satisfaction of the same and hereby DISCHARGE said mortgage.

Witness my hand and seal this 28th day of February, 2006.

*[signature]*
SARAH A. THORNTON, Clerk
United States District Court
District of Massachusetts

### COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

2/28/2006

Then personally appeared SARAH A. THORNTON, Clerk, and acknowledged the forgoing to be her free act and deed before me.

*[signature]*
Notary Public
My commission expires:

DEBORAH JEANNE KEEFE
Notary Public
Commonwealth of Massachusetts
My Commission Expires
February 9, 2012